# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| CEDRICK MHOON, | ) | |
| ADC #108920 | ) | |
|    Plaintiff, | ) | **Case No. 4:11-CV-00253 JTK** |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY DISOTELL, Patrolman, | ) | |
| Conway Police Department | ) | |
| | ) | |
| BRIAN A. BUSBY, Patrolman, | ) | |
| Conway Police Department | ) | |
| | ) | |
| T. G. COOPER, Patrolman, | ) | |
| Conway Police Department | ) | |
| | ) | |
| (all Defendants have been sued in both | ) | |
| official and individual capacities) | ) | |
|    Defendants. | | |

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ORDERED this 5th day of December, 2013.

_____
United States Magistrate Judge